**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EUGENE MCNEIL,  :  <br>  : <br> Plaintiff  : <br>  : <br> v.  : <br>  : <br> JO ANNE B. BARNHART,[1]  : <br> COMMISSIONER OF THE  : <br> SOCIAL SECURITY ADMINISTRATION,  : <br>  : <br> Defendant  : | CIVIL ACTION <br><br> NO. 06-2894 |

**ORDER**

**AND NOW**, this 28th day of March, 2007, upon consideration of the parties' Motions for Summary Judgment, and after careful review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, and no objections having been filed, IT IS ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the Plaintiff's Motion for Summary Judgment is DENIED;

3. the Defendant's Motion for Summary Judgment is GRANTED; and

4. judgment is entered affirming the decision of the Commissioner.

BY THE COURT:

s/William H. Yohn Jr.
WILLIAM H. YOHN, JR.,
United States District Judge

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of the Social Security Administration and, therefore, he should be automatically subsituted as the Defendant in this action. See Fed. R. Civ. P. 25(d)(1).